# Court of Appeals
# of the State of Georgia

ATLANTA,  January 29, 2020

*The Court of Appeals hereby passes the following order:*

**A20A1106.  ABDUL MALIK CHESTNUT v. STATE OF GEORGIA.**

The trial court denied Abdul Malik Chestnut's petition for a writ of habeas corpus and subsequently denied his motion for reconsideration. Chestnut appeals to this Court from the denial of his motion for reconsideration. Under our Constitution, the Supreme Court has exclusive appellate jurisdiction over all cases involving habeas corpus. See Ga. Const. 1983, Art. VI, Sec. VI, Par. III (4). Accordingly, we hereby TRANSFER this case to the Supreme Court for disposition.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  01/29/2020*
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*